**STEVEN BANKS**
*Corporation Counsel*

**GREGORY J.O. ACCARINO**
*Senior Counsel*
phone: (212) 356-1945
gaccari@law.nyc.gov

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

October 15, 2026

**BY ECF**
Honorable Peggy Cross-Goldenberg
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Yanny Cordero, et al. v. City of New York, et al.
26-CV-4264 (NRM) (PCG)

Your Honor:

I am a Senior Counsel in the Office of Steven Banks, Corporation Counsel for the City of New York, and attorney for defendant City of New York ("City") in the above-referenced matter. Defendant City writes to respectfully request a thirty (30) day extension of time, from October 19, 2026 until November 18, 2026, to answer or otherwise respond to the Complaint, as well as a corresponding extension for the individual defendants. This is defendant City's second such request, the first of which was granted by the Court. *See* Dkt. No. 8, Consent Motion, August 14, 2026; Dkt. Entry, Order, August 18, 2026. This request does not affect any other deadlines, and plaintiffs' counsel consents.

By way of background, five plaintiffs (two adults and their three minor children) bring this action, pursuant to 42 U.S.C. § 1983, against the City of New York and six individually named New York City Police Department ("NYPD") officers alleging claims of, *inter alia*, excessive force, unlawful seizure/false arrest, procedural due process, right to intimate association, as well as violations of New York City Administrative Code, stemming from an incident between plaintiffs and members of the NYPD at a migrant shelter on March 8, 2024.

On August 14, 2026, defendant City requested a sixty-day (60) extension, from August 18, 2026 until October 19, 2026, of the deadline for the defendants to answer or otherwise response to the Complaint, which was granted by the Court. *See* Dkt. No. 8, Consent Motion, August 14, 2026; Dkt. Entry, Order, August 18, 2026. The reason for that August 14, 2026 request was to provide this Office the opportunity to investigate the allegations of the Complaint in

accordance with our obligations under Rule 11 of the Federal Rules of Civil Procedure, and to obtain the relevant documentation to respond to the Complaint, such as the underlying police records, Criminal Court files, District Attorney's office files, and, possibly, New York State Family Court files, which upon information and belief, were sealed. *See* Dkt. No. 8, Consent Motion, August 14, 2026. Shortly after that request, plaintiffs' counsel provided unsealing releases and medical releases for the adult plaintiffs, and defendant City has requested the above-mentioned documents, many of which are still outstanding. Defendant City now makes this request to allow defendant City additional time to obtain the outstanding documents to fully evaluate this matter and respond to the Complaint.

Furthermore, since defendant City's August 14, 2026 extension request, all the individual defendants have been served. *See* Dkt. No. 11, Summons Returned Executed, October 5, 2026; Dkt. No. 12, Summons Returned Executed, October 7, 2026. Therefore, defendant City also makes this extension request for additional time to resolve the representation of all the individually named defendants, pursuant to General Municipal Law § 50(k).

In addition, since defendant City's August 14, 2026 extension request, the undersigned was on previously scheduled leave from September 2, 2026 until September 14, 2026, and, during the second half of September, was preparing for trial in the matter of *Sabrina Toner v. City of New York, et al.*, No. 22 Civ. 1354 (JMF) (S.D.N.Y.), which was tried during the week of September 28, 2026. As a result, defendant City makes this thirty (30) day extension request also due to the undersigned's conflicts during the month of September.

For the foregoing reasons, defendant City respectfully requests, with plaintiffs' counsel's consent, a thirty (30) day extension of time, from October 19, 2026 until November 18, 2026, to answer or otherwise respond to the Complaint, as well as a corresponding extension for the individual defendants.

Defendant City thanks the Court for its consideration herein.

Respectfully submitted,

/s/ Gregory J.O. Accarino
Gregory J.O. Accarino
*Senior Counsel*
Special Federal Litigation Division

cc: **BY ECF**
Leena Widdi
Remy Green
*Attorneys for Plaintiffs*