**STEVEN BANKS**
*Corporation Counsel*

**GREGORY J.O. ACCARINO**
*Senior Counsel*
phone: (212) 356-1945
gaccari@law.nyc.gov

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

November 16, 2026

**BY ECF**
Honorable Peggy Cross-Goldenberg
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Yanny Cordero, et al. v. City of New York, et al.
26-CV-4264 (NRM) (PCG)

Your Honor:

I am a Senior Counsel in the Office of Steven Banks, Corporation Counsel for the City of New York, and attorney for defendants City of New York ("City"), Police Officer Daniel DeMattia, and Police Officer Juwan Fraser in the above-referenced matter. I write to respectfully request a one month extension of time, from November 18, 2026 until December 18 2026, for defendant Police Officers Vincent Pastore, John Siderius, Nicholas Pryor, and Cameron Deluise to answer or otherwise respond to the Complaint. This is the third such request, the first two of which were granted by the Court. *See* Dkt. No. 8, Consent Motion, August 14, 2026; Dkt. Entry, Order, August 18, 2026; Dkt. No. 13, Consent Motion, October 15, 2026; Dkt. Entry, Order, October 19, 2026. This request does not affect any other deadlines, and plaintiffs' counsel consents.

As an initial matter, I apologize for making this request within two business days of the deadline as I was sick this past weekend and out on sick leave yesterday, Monday, November 16, 2026.

By way of background, five plaintiffs (two adults and their three minor children) bring this action, pursuant to 42 U.S.C. § 1983, against the City of New York and six individually named New York City Police Department ("NYPD") officers. Last week, the Office of the Corporation Counsel notified defendant Police Officers Vincent Pastore, John Siderius, Nicholas Pryor, and Cameron Deluise that it will be declining to represent them in this matter. The Office of the Corporation Counsel also notified the officers' union counsel of this same decision.

Therefore, to afford defendants Pastore, Siderius, Pryor, and Deluise adequate time to obtain counsel and respond to the Complaint, I request an additional one month extension of time, from November 18, 2026 until December 18 2026, for defendants Pastore, Siderius, Pryor, and Deluise to answer or otherwise respond to the Complaint.

As the Office of Corporation Counsel now represents defendants DeMattia and Fraser, defendants City, DeMattia, and Fraser intend to file their Answer to plaintiff's Complaint by the November 18, 2026 deadline.

Accordingly, for the foregoing reasons, I respectfully request, with plaintiffs' counsel's consent, a one month extension of time, from November 18, 2026 until December 18 2026, for defendants Pastore, Siderius, Pryor, and Deluise to answer or otherwise respond to the Complaint.

I thank the Court for its consideration herein.

Respectfully submitted,

/s/ Gregory J.O. Accarino
Gregory J.O. Accarino
*Senior Counsel*
Special Federal Litigation Division

cc: **BY ECF**
Leena Widdi
Remy Green
*Attorneys for Plaintiffs*